**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7546**

───────────

In Re: WAYNE E. WASHINGTON,

                                        Petitioner.


───────────

On Petition for Writ of Mandamus.  (CR-92-94-A)

───────────

Submitted:  February 25, 1999          Decided:  March 9, 1999

───────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Wayne E. Washington, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Washington filed this petition for a writ of mandamus seeking to have this court direct the district court to act on his motion filed pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). Our review of the district court docket sheet, however, reveals that no such motion has been filed in the district court. Therefore, while we grant leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED